# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| In Re:<br><br>Sharon Lee Kropp<br><br>Debtor. | Bankruptcy Case<br>No. 18-40793-JMM |
|---|---|

## ORDER DENYING DEBTOR'S APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

Upon consideration of the Debtor's "Application for Waiver of the Chapter 7 Filing Fee, the Court Orders that the application be DENIED.

The Debtor shall pay the chapter 7 filing fee according to the following terms:

$ 85   on or before  10/5/2018
$ 85   on or before  11/5/2018
$ 85   on or before  12/5/2018
$ 80   on or before  1/4/2019

Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

ORDER DENYING WAIVER OF CHAPTER 7 FILING FEE - 1

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

DATED: September 6, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

Case 18-40793-JMM    Doc 14    Filed 09/06/18    Entered 09/12/18 16:28:21    Desc Main
Document    Page 3 of 3

ORDER DENYING WAIVER OF CHAPTER 7 FILING FEE - 3